No. 1044. BROOKS *v.* UNITED STATES. April 23, 1945. Petition for writ of certiorari to the Circuit Court of Ap-

peals for the Second Circuit denied. *Mr. Ernest Angell* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. Irving S. Shapiro* and *Robert S. Erdahl* for the United States.